**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:

KOSSOFF PLLC,

                Debtor.

------------------------------------------------------------X

            25 **CIVIL** 2296 (KPF)

            <u>**JUDGMENT**</u>

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Opinion and Order dated January 5, 2026, the Order of the Bankruptcy Court is

AFFIRMED, and the IRS's Amended Claim is allowed; accordingly, the case is closed.

**Dated:** New York, New York
       January 5, 2026

                      **TAMMI M. HELLWIG**

                         **Clerk of Court**

      **BY:**

                         **Deputy Clerk**